**SO ORDERED.**
**SIGNED this 22nd day of September, 2016**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:    **LARRY FRANK SHAMBLIN,**<br>            Debtor | Case No. 1:13-BK-13179-NWW<br>Chapter 13 |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before the Court pursuant to the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A. (hereinafter "Movant"), and the Court, being fully advised, finds that the Debtor(s) does not oppose said Motion and that the Motion is well taken. Therefore, the Motion is hereby **GRANTED**, the automatic stay terminated as to the Movant, and the real property municipally known as 216 County Road 727, Riceville, Tennessee 37370 is no longer property of the bankruptcy estate. Pursuant to the Movant's request, Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply, and this Order may be immediately enforced. The

Movant is free to proceed with all remedies against said property, including initiating foreclosure proceedings, and, if appropriate, may file a general unsecured claim in this proceeding.

Any excess proceeds from the sale of the property at foreclosure proceedings shall be forwarded to the Chapter 13 Trustee's office for disbursement to other creditors.

**IT IS SO ORDERED.**

# # #

APPROVED:

Attorneys for Movant:

*/s/ Heather Martin-Herron*
Joel W. Giddens (016700)
Michael N. Wennerlund (031332)
Brandon D. Sizemore (027808)
Heather Martin-Herron (032248)
WILSON & ASSOCIATES, P.L.L.C.
320 North Cedar Bluff Road, Suite 240
Knoxville, Tennessee 37923
(865) 558-5688

W&A No. 930-237231
Loan No. XXXXXX5628